**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6466

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

FELIPE VALERIO PLASENCIA, a/k/a Phillip Valerio, a/k/a Felipe Valerio, a/k/a Jose Rodriguez, a/k/a Philip Santiogo, a/k/a Philip Walerio,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:03-cr-00400-CMH-1)

Submitted: November 21, 2023             Decided: November 28, 2023

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Felipe Valerio Plasencia, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felipe Valerio Plasencia appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and find no abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Plasencia*, No. 1:03-cr-00400-CMH-1 (E.D. Va. Apr. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*